PETER M. WILSON, Respondent, *v.* THE NEW YORK ELEVATED
RAILROAD COMPANY et al., Appellants.

*Wilson N. Y. El. R. R. Co.*, 9 Misc. Rep. 657, affirmed.
(Argued October 9, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered September 11, 1894,
which affirmed a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term.

*William H. Godden* for appellants.

*Ira D. Warren* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

———————

PHILLIP WOLFF et al., Respondents, *v.* PAUL KUHNE,
Appellant.

*Wolff* v. *Kuhne*, 78 Hun, 613, affirmed.
(Argued October 9, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered May 23, 1894,
which affirmed a judgment in favor of plaintiffs entered upon
the report of a referee.

*Sixt Carl Kapff* for appellant.

*William M. Mullen* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.